# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:07-mj-0031 CMK

Farron D. McCovey

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY        STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 1-31-17        _____
                     DEFENDANT'S SIGNATURE

You are placed on 5 years summary court probation and
YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

(X) Fine: $ 975 and a penalty assessment of $ 25 for a TOTAL AMOUNT OF: $ 1,000 within _____ days/months; or payments of $ 100 per month, commencing 3-1-17 and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
Excluded from entering Whiskeytown National Recreation Area for 5 years
PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

☐ **CENTRAL VIOLATIONS BUREAU**
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
   or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

☐ **CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

☒ **CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-31-17        _____
                     U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET        EDCA-3